**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOHN W. HALBROOK                                                          PLAINTIFF
ADC #89420

V.                                      NO: 5:11CV00324 SWW/HDY

CORRECTIONAL
MEDICAL SERVICES
                                                                          DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Susan W. Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District
        Judge (if such a hearing is granted) was not offered at the
        hearing before the Magistrate Judge.

1

3.      The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff John W. Halbrook, an inmate incarcerated at the Arkansas Department of Correction's Tucker Maximum Security Unit, appeared to have filed this *pro se* complaint, pursuant to 42 U.S.C. § 1983 (docket entry #1), on December 20, 2011. On December 29, 2011, Plaintiff filed a motion to voluntarily dismiss his complaint, along with a supporting brief and a letter (docket entries #4-#6). Plaintiff asserts that the allegations in the complaint are not true, that he did not file the complaint, and does not want to be charged for the filing fee. For good cause shown, the motion should be granted.

IT IS THEREFORE RECOMMENDED THAT:

1.      Plaintiff's motion to voluntarily dismiss his complaint (docket entry #4) be GRANTED, and Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE.

2.      Plaintiff not be held liable for the filing fee for this action.

3.      The Court CERTIFY that an *in forma pauperis* appeal taken from the order and

2

judgment dismissing this action is considered frivolous and not in good faith.

DATED this __30__ day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE