# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOHN W. HALBROOK                                                                                           PLAINTIFF
ADC #89420

V.                                               NO: 5:11CV00324 SWW

CORRECTIONAL
MEDICAL SERVICES
                                                                                                           DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion to voluntarily dismiss his complaint (docket entry #4) is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2. Plaintiff is not liable for the filing fee for this action.

3. The Court CERTIFIES that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 26th day of January, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE