# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOHN W. HALBROOK                                                                    PLAINTIFF
ADC #89420

V.                                        NO: 5:11CV00324 SWW

CORRECTIONAL
MEDICAL SERVICES
                                                                                    DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 26th day of January, 2012.

                                                     /s/Susan Webber Wright
                                                UNITED STATES DISTRICT JUDGE